## REEDER v. DIRECTOR OF PATUXENT INSTITUTION

[App. No. 51, September Term, 1960.]

*Decided March 7, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

Application for leave to appeal from a determination of defective delinquency is denied. The basic contentions that he was not proved to be a defective delinquent but simply an alcoholic and that he was not shown to be an actual danger to society are rebutted by the uncontradicted medical testimony and his rather extensive criminal record. There was evidence to support the finding of the trial judge.